UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-CV-22344-Ungaro-Simonton**

AMANDA ESPINOSA,
    Plaintiff,

vs.

MIDLAND FUNDING LLC, and
ZAKHEIM & ASSOCIATES, P.A.,
    Defendants.
_____/

FILED by __VT__ D.C.
ELECTRONIC

August 7, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT
### (Jury Demand)

### Introduction

1. This is an action for actual and statutory damages brought by an individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

### Jurisdiction

2. This Court has jurisdiction according to 28 U.S.C. §§ 1331 and 1337(a), and 15 U.S.C. § 1692k(d).

3. Declaratory relief is available according to 28 U.S.C. §§ 2201 and 2202.

### Venue

4. Venue in this District is proper, according to 28 U.S.C. § 1391, because defendants transact business here and the conduct complained of occurred here.

### Parties

5. Plaintiff **AMANDA ESPINOSA** ("ESPINOSA") is a natural person residing at all relevant times in Miami-Dade County, Florida.

6. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

7. Defendant **MIDLAND FUNDING LLC** ("MIDLAND"), is a corporation with its principal place of business in San Diego, California.

8. MIDLAND is in the business of collection of debts, for which it uses the mails and telephone, and it regularly attempts to collect debts alleged to be due another or debts it purchased post-default.

9. Defendant **ZAKHEIM & ASSOCIATES, P.A.** ("FIRM") is a professional corporation engaged in the business of collecting debts in this District, with its principal place of business located in Plantation, Florida.

10. FIRM is in the business of collection of debts, for which it uses the mails and telephone, and it regularly attempts to collect debts alleged to be due another.

11. Sabine Michel, Esq. ("MICHEL") is employed by FIRM.

12. The actions of MICHEL are imputed to FIRM.

13. The actions of FIRM are imputed to MIDLAND.

14. FIRM is vicariously liable for MICHEL's actions.

15. MIDLAND is vicariously liable for FIRM's actions.

16. MIDLAND is vicariously liable for MICHEL's actions.

17. MICHEL and Defendants MIDLAND and FIRM are "debt collectors"

as defined by the FDCPA, 15 U.S.C. § 1692a(6).

**Facts**

18. On 22 August 2008, MIDLAND, through MICHEL and FIRM, filed a complaint in the County Court of Miami-Dade County, seeking to collect a consumer debt from ESPINOSA.

19. The causes of action in the debt collection complaint were time-barred by the applicable statute of limitations.

20. MIDLAND and FIRM knew or should have known that the state court complaint was time-barred.

## COUNT I
### (Violation of the FDCPA: Time-Barred Claims)

21. Plaintiff realleges and incorporates here paragraphs 1 through 20.

22. MIDLAND and FIRM violated 15 U.S.C. § 1692f(1), 15 U.S.C. § 1692e(2) and 15 U.S.C. § 1692e(5) by bringing the time-barred state court complaint against ESPINOSA.

WHEREFORE, Plaintiff prays that this Court enter judgment against MIDLAND and FIRM for:

A. Declaratory judgment, according to 28 U.S.C. §§ 2201 and 2202, that Defendants' conduct violated the FDCPA;

B. Actual damages, according to 15 U.S.C. § 1692k(a)(1);

C. Statutory damages, according to 15 U.S.C. § 1692k(a)(2)(A);

D. Costs, according to 15 U.S.C. § 1692k(a)(3);

E. Reasonable attorney's fees, according to 15 U.S.C. § 1692k(a)(3).

### JURY TRIAL DEMAND

23. Plaintiff demands trial by jury.

Dated 2009/07/27
LEO BUENO, ATTORNEY, P.A.
P.O. Box 141679
Coral Gables, FL 33114-1679
(305) 669-5260; (305) 328-9301 [fax]
LeoBueno@USA.net

By: Leo Bueno, Fla. Bar #: 716261

U:\CLIENTS\ESPINOSA AMANDA 0185\0185 ESPINOSA FDCPA complaint.doc

Page 4 of 4

4 of 5

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
AMANDA ESPINOSA

**(b)** County of Residence of First Listed Plaintiff   Miami-Dade, Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
LEO BUENO, ATTORNEY, P.A.
P.O. Box 141679, Coral Gables, FL 33114-1679
305-669-5260, Leo@BuenoLaw.com

## DEFENDANTS
MIDLAND FUNDING LLC, and
ZAKHEIM & ASSOCIATES, P.A.

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

**(d)** Check County Where Action Arose: ✓ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

1:09 CV 22344-MU-Simonton

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ✓ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES  ☐ NO    b) Related Cases ☐ YES  ☐ NO

JUDGE _____                        DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause **(Do not cite jurisdictional statutes unless diversity):**
Violation of the Fair Debt Collection Practices Act, 15 U.S.C. Sec. 1692, et seq.

LENGTH OF TRIAL via   2   days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ✓ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
August 6, 2009

FOR OFFICE USE ONLY
AMOUNT _____   RECEIPT # 34712   ifp